Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of curtain clamps, composed wholly or in chief value of brass, not plated with gold, platinum, or silver, and chiefly used in the household for utilitarian purposes, the claim of the plaintiff was sustained.

**No. 60656.**—Herz Specialty Products Co. and Rietmann Pilcer Co. et al. *v.* United States, protests 262666–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 60657.**—Edwin Jay, Inc. *v.* United States, protest 276198–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 60658.**—Wheeler & Miller *v.* United States, protest 145759–K (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of textile machinery and parts thereof used for manufacturing or processing vegetable fibers similar in all material respects to the textile machinery and parts the subject of *The A. W. Fenton Co., Inc., et al.* v. *United States* (34 Cust. Ct. 202, C. D. 1705), the claim of the plaintiff was sustained.